# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACCELERATION BAY LLC, a Delaware Limited Liability Corporation,<br><br>           Plaintiff,<br><br>    v.<br><br>ACTIVISION BLIZZARD, INC.,<br>a Delaware Corporation,<br><br>           Defendant. | C.A. No. 15-228-UNA<br><br>**DEMAND FOR JURY TRIAL** |

## PLAINTIFF ACCELERATION BAY LLC'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Acceleration Bay LLC states the following:

Acceleration Bay LLC does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

                                                         POTTER ANDERSON & CORROON LLP

OF COUNSEL:

| | |
|---|---|
| Paul J. Andre<br>Lisa Kobialka<br>James R. Hannah<br>Kramer Levin Naftalis & Frankel LLP<br>990 Marsh Road<br>Menlo Park, CA 94025<br>(650) 752-1700<br><br>Dated: March 12, 2015<br>1183812 | By: */s/ Philip A. Rovner*<br>    Philip A. Rovner (#3215)<br>    Jonathan A. Choa (#5319)<br>    Hercules Plaza<br>    P.O. Box 951<br>    Wilmington, DE  19899<br>    (302) 984-6000<br>    provner@potteranderson.com<br>    jchoa@potteranderson.com<br><br>*Attorneys for Plaintiff Acceleration Bay LLC* |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that, on March 12, 2015, the within document was served on the following entity as follows:

**BY HAND DELIVERY**

ACTIVISION BLIZZARD, INC.
c/o Registered Agent
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE  19808

*/s/ Philip A. Rovner*
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com